UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
United States of America,                       :
                                                :
                        Plaintiff,              :      **ORDER**
                                                :
        - against -                             :
                                                :      07cr109(ENV)
Mark Steinberg,                                 :
                                                :
                        Defendants.             :
-------------------------------------------------------------------X

VITALIANO, D.J.

   Pursuant to the request of defense counsel for Mark Steinberg, and with consent of counsel for the United States, the status conference scheduled for October 15, 2007 is adjourned to November 9, 2007 at 10:00 a.m. Upon balancing the factors specified in 18 U.S.C. § 3161(h)(8), the Court will exclude the time between these two dates from speedy trial calculations as defense counsel has informed the Court of the parties' active involvement in plea negotiations.

        SO ORDERED

DATED:  Brooklyn, New York
        October 15, 2007

                                        s/Hon. Eric N. Vitaliano
                                        _____
                                        ERIC N. VITALIANO
                                        U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKB:JDG
F.#2007R00271

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address: 147 Pierrepont Street*
*Brooklyn, New York 11201*

October 15, 2007

By Facsimmile & ECF

The Honorable Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>   Re:  United States v. Mark Steinberg
>        Criminal Docket No. 07-109 (ERN)

Dear Judge Vitaliano:

As discussed with Your Honor's Courtroom Deputy, Mr. Villanueva, the status conference previously scheduled for Monday, October 15, 2007, has been rescheduled at the request of the parties and will now take place on Friday, November 9, 2007 at 10:00 a.m. The government writes respectfully to request that Your Honor enter an order of excludable delay between October 15, 2007 and November 9, 2007, as the parties continue to engage in plea negotiations. Defense counsel consents to and joins in this request.

> Respectfully submitted,
>
> ROSLYNN R. MAUSKOPF
> United States Attorney
>
> By: _____
> James D. Gatta
> Assistant United States Attorney
> (718) 254-6356

cc: Darren Epstein, Esq. (by facsimile & ECF)
    Clerk of the Court (by ECF)



# UNITED STATES ATTORNEY'S OFFICE
## EASTERN DISTRICT OF NEW YORK
147 PIERREPONT STREET
BROOKLYN NY 11201
(718) 254-7000

Roslynn R. Mauskopf
UNITED STATES ATTORNEY

CRIMINAL DIVISION,
GENERAL CRIMES SECTION
FAX NO. (718) 254-6076

## FACSIMILE COVER LETTER

DATE:        October 15, 2007

TO:    1.    The Honorable Eric N. Vitaliano
             United States District Judge
             United States District Court
             Eastern District of New York
             Fax: (718) 613-2136

       2.    Darren Epstein, Esq.
             Fellows, Hymowitz & Epstein, P.C.
             Fax: (845) 634-3598

FROM:        James Gatta
             Assistant United States Attorney

RE:          United States v. Mark Steinberg, 07-CR-109 (ERN)

No. of Pages:    _2_ (including cover sheet)

If transmission is incomplete, or you have other questions, please call: (718) 254-6356

CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION
NOTICE: The information contained in this facsimile message, including any attachments to it, are confidential. All such information is the property is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution or taking of action in reliance upon it is strictly prohibited. If you have received this message in error, please immediately notify the sender at the number below in order to arrange for this message's return.